Certificate Number: 13983-ILN-DE-034884860

Bankruptcy Case Number: 20-15689



13983-ILN-DE-034884860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2020, at 9:56 o'clock AM CDT, Marykathryn Kirchner completed a course on personal financial management given by internet by David M. Siegel & Associates, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: September 16, 2020

By: /s/David M Siegel

Name: David M Siegel

Title: Owner